1

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

NORTHWEST ADMINISTRATORS, INC.,

8

Plaintiff,

9

v.

10

ALLIED WASTE SYSTEMS, INC., a Delaware
corporation,

11

Defendant.

12

Case No. 2:18-cv-00760-RSM

**STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO
PLAINTIFF'S COMPLAINT**

13

14

15

16

17

18

19

20

Defendant Allied Waste Systems, Inc., ("Defendant") requests that the Court extend the time by which Defendant is to answer, move and/or otherwise respond to Plaintiff's Complaint to and until July 16, 2018. Defendant's responsive pleading to Plaintiff's Complaint is currently due on June 25, 2018. An extension is needed for Defendant to fully investigate the allegations made in Plaintiff's Complaint. The parties have conferred in good faith with regard to Defendant's request and the instant stipulation. The parties are not requesting a change to any dates or schedule previously set by this Court. Plaintiff's counsel, Russell J. Reid, through his signature below, consents to Defendant's request.

21

///

22

///

23

///

24

///

25

///

26

///

**STIP. MOTION & ORDER FOR EXTENSION OF TIME FOR DEF
TO RESPOND TO PLF'S COMPLAINT** - 1
2:18-CV-00760-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

DATED this 25th day of June, 2018.


s/ Russell J. Reid                          s/ Ryan P. Hammond

Russell J. Reid, WSBA #2560                 Ryan P. Hammond, WSBA #38888
Reid, McCarthy, Ballew & Leahy, LLP         LITTLER MENDELSON, P.C.
100 W. Harrison Street                      One Union Square
North Tower #300                            600 University Street, Suite 3200
Seattle, WA 98119                           Seattle, WA 98101.3122
Phone: 206.295.0464                         Phone:      206.623.3300
Email: rjr@rmbllaw.com                      Fax:        206.447.6965
                                            E-Mail:     rhammond@littler.com

Attorneys for Plaintiff                     and

                                            Michael Congiu, *(admitted pro hac vice)*
                                            LITTLER MENDELSON, P.C.
                                            1300 IDS Center
                                            80 South 8th Street.
                                            Minneapolis, MN 55402
                                            Phone:      612.313.7656
                                            E-Mail:     mcongiu@littler.com

                                            Sarah Bryan Fask*, (admitted pro hac vice)*
                                            LITTLER MENDELSON, P.C.
                                            Three Parkway
                                            1601 Cherry Street, Suite 1400
                                            Philadelphia, PA 19102
                                            Phone:      267.402.3070
                                            E-Mail:     sfask@littler.com

                                            Attorneys for Defendant

## **ORDER**

**IT IS SO ORDERED.**


DATED this 26th day of June, 2018




RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIP. MOTION & ORDER FOR EXTENSION OF TIME FOR DEF
TO RESPOND TO PLF'S COMPLAINT** - 2
2:18-CV-00760-RSM