## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | Case No. C18-00760 RSM |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL AND RELATED DEADLINES** |
| ALLIED WASTE SYSTEMS, INC., a Delaware corporation, | |
| Defendant. | |

This matter came before the Court on the parties' Joint Motion to Modify the Scheduling Order. The Court, having reviewed the parties' Joint Motion, HEREBY ORDERS that:

1. The October 28, 2019 bench trial date is vacated. Trial is set for March 2, 2020

2. Deadline for motions related to discovery must be filed by: July 3, 2019

3. Deadline for discovery to be completed by: July 30, 2019

4. Deadline for all dispositive motions to be filed by: September 27, 2019

5. Mediation per LCR 39.1(c)(3) (if requested) by: January 11, 2020

6. Deadline for motions in limine to be filed: January 28, 2020;

9. Deadline for agreed pretrial order: February 13, 2020; and

10. Trial briefs and trial exhibits due: February 20, 2020

DATED this 8th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Thomas A. Leahy
Russell J Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
REID, McCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street, North Tower, Ste. 300
Seattle, WA 98119
Phone: 206-285-0464
Fax:   206-285-8925
Email: rjr@rmbllaw.com
       tom@rmbllaw.com

Attorneys for Plaintiff

/s/Thomas A. Leahy, for per email authorization WSBA
#26365
Michael Congiu, (admitted pro hac vice)
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2136
Phone:      612.313.7656
Email:      MCongiu@littler.com

and

Ryan P. Hammond, WSBA #38888
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:        206.623.3300
Fax:          206.447.6965
E-Mail:       rhammond@littler.com

Sarah Bryan Fask, (*admitted pro hac vice*)
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Phone:        267.402.3070
E-Email:      sfask@littler.com


Attorneys for the Defendant