UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WASTE SYSTEMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. C18-760 RSM <br><br> **ORDER CONTINUING TRIAL AND RELATED DEADLINES** |

This matter came before the Court on the parties' Joint Motion to Modify the Scheduling Order. The Court, having reviewed the parties' Joint Motion, HEREBY ORDERS that:

1. The March 2, 2020 bench trial date is vacated. Trial is set for June 8, 2020;
2. Deadline for motions related to discovery must be filed by: September 9, 2019;
3. Deadline for discovery to be completed by: September 30, 2019;
4. Deadline for all dispositive motions to be filed by: December 6, 2019;
5. Mediation per LCR 39.1(c)(3) (if requested) by: March 13, 2020;
6. Deadlines for motions in limine to be filed: March 31, 2020;
7. Deadline for agreed pretrial order: May 15, 2020; and
8. Trial briefs and trial exhibits due: May 29, 2020.

**ORDER TO CONTINUE TRIAL AND RELATED DEADLINES - 1**

**2:18-CV-00760-RSM**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

DATED this 28th day of June 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER TO CONTINUE TRIAL AND RELATED DEADLINES - 2**

**2:18-CV-00760-RSM**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Presented by:

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA #38888
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965
E-Mail: rhammond@littler.com

and

Michael Congiu, *(admitted pro hac vice)*
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street.
Minneapolis, MN 55402
Phone: 612.313.7656
E-Mail: mcongiu@littler.com

Sarah Bryan Fask, *(admitted pro hac vice)*
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Phone: 267.402.3070
E-Mail: sfask@littler.com

Attorneys for Defendant
ALLIED WASTE SYSTEMS, INC., a
Delaware corporation

*Notice of Presentment Waived:*

*s/ Russell J. Reid (per electronic authorization)*
Russell J. Reid, WSBA #2560
REID, McCARTHY, BALLEW & LEAHY, L.L.P.
100 West Harrison Street, North Tower
Suite 300
Seattle, WA 98119
Phone: 206.285.0464
Email: rjr@rmbllaw.com

Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.

FIRMWIDE:165205607.1 068119.1653

**ORDER TO CONTINUE TRIAL AND RELATED DEADLINES - 3**

**2:18-CV-00760-RSM**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300