THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WASTE SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | NO. C18-00760-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Ryan P. Hammond of Littler Mendelson, P.C., attorneys for Defendant, Allied Waste Systems, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 3rd day of October, 2019.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
| s/*Russell J. Reid*<br>Russell J. Reid, WSBA #2560 | s/*Ryan P. Hammond*<br>Ryan P. Hammond, WSBA #38888 |

| Attorney for Plaintiffs | Attorney for Defendant |

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

 ORDER ENTERED this 8 day of October 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By s/*Russell J. Reid*
 Russell J. Reid, WSBA #2560
 Attorneys for Plaintiff